# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
ZACHARY W ALLEN  
625 PEACH ORCHARD DR  
DAYTON, OH  454491626

Case No:    05-73346

Judge:      CHARLES M. CALDWELL

SSN(S):    XXX-XX-4414

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  November 24, 2009

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| ZACHARY W ALLEN<br>625 PEACH ORCHARD DR<br>DAYTON, OH  454491626 | 10.94 |